THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARTIN LOONAN, Appellant.

(Argued November 27, 1933; decided December 12, 1933.)

*William T. Harris* and *George W. Wickersham* for appellant.

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for respondent.

Judgment reversed and new trial ordered on the authority of *People* v. *Downs* (236 N. Y. 306). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.